USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAY 29 2019

JUDGE WOODS

PROB 22
(Rev 2/88)

# TRANSFER OF JURISDICTION

**19 CRIM 393**

| | DOCKET NUMBER *(Tran. Court)* |
|---|---|
| | 1:09CR00509 |
| | DOCKET NUMBER *(Rec. Court)* |
| | |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED-RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Michael Lewis<br>210 West 146th Street<br>New York, New York 10039 | Maryland | Baltimore |
| | NAME OF SENTENCING JUDGE<br>J. Frederick Motz | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 12/26/2018 — TO 12/25/2022 |

**OFFENSE**

21:846=ND.F: Conspiracy to Distribute and Possess with Intent to Distribute Heroin; Class B Felony
Sentencing Date: 07/07/2010

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the Southern District of New York, New York upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

5/28/19
*Date*

George L. Russell, III
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK, NEW YORK

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

MAY 29 2019
*Effective Date*

United States District Judge